AO (2/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Fd# 330310

UNITED STATES OF AMERICA

V.

TREVELL TREMAINE HICKS

**FILED**
**FEB 13 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 0 8 - 0 7 6 - M - 0 1

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>TREVELL TREMAINE HICKS</u>
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, , also known as PCP, a Schedule II controlled substance.

in violation of Title __21__ United States Code, Section(s) § 841(a)(1).

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

FEB 12 2008   District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 13 FEB 08 | | |
| DATE OF ARREST | | |
| 12 FEB 08 | Byars, Robert C. USMS | [signature] RCB |