UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | MAGISTRATE NO. 08-076M-01(CR) |
| | : | |
| **TREVELL T. HICKS,** | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) and §841(b)(1)(C) |
| Defendant. | : | (Unlawful Possession With Intent to |
| | : | Distribute Phencyclidine) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | 18 U.S.C. § 924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about February 9, 2008, within the District of Columbia, **TREVELL T. HICKS** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

(**Unlawful Possession With Intent to Distribute Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TWO

On or about February 9, 2008, within the District of Columbia, **TREVELL T. HICKS** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the District Court for the District of Columbia, Criminal Case No. 05-293 and in the District Court for Prince Georges County Maryland, Criminal Case No. 98-286, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 45 semi-automatic pistol and did unlawfully and knowingly receive and possess ammunition, that is, 45 caliber ammunition which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about February 9, 2008, within the District of Columbia, **TREVELL T. HICKS** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, a firearm, that is, a Glock 45 semi-automatic pistol.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.