**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA   :
           :
      v.    :  Criminal Action No.: 08 cr 50  (RMU)

Travell Hicks      :
        ,  :
           :  **FILED**
    Defendant.  :

              MAR 1 8 2008

      **O R D E R**    Clerk, U.S. District and
            Bankruptcy Courts

It is this _18_ day of _March_ 2008, hereby

**ORDERED** a ___Status___ hearing in the above-captioned case shall take place on

_April 22, 2008_ at _1:30_ .

**SO ORDERED**.

                Ricardo M. Urbina
              United States District Judge