UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 08-050 (RMU) |
| TREVELL T. HICKS, | : | |
| Defendant. | : | |

**ORDER**

**FILED**

APR 2 2 2008

Clerk, U.S. District and
Bankruptcy Courts

It is this _22_ day of _April_ 2008, hereby

**ORDERED** a __Status__ hearing in the above-captioned case shall take place on __May 19th 2008__ at __10 AM__.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge