**FILED**

**MAY 19 2008**

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
          v.                  :     Criminal Action No.:  08-050 (RMU)
                              :
TREVELL T. HICKS,             :
                              :
          Defendant.          :

### CRIMINAL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this _19_ day of _May_ 2008,

**ORDERED** that the parties file all:

| | |
|---|---|
| Pretrial Motions\Notices | on or before _June 2, 2008_ ; |
| Oppositions | on or before _June 9, 2008_ ; and |
| Replies | on or before _June 16, 2008_ ; and it is |

**FURTHER ORDERED** that this case be set for:

An interim status conference on _June 12, 2008_, at _10:45_ ; and

A motions hearing on _Aug. 4, 2008_, at _2:pm_;

and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.