UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
: 
              v. : Criminal Action No.: <u>08-050</u>(RMU)
:
<u>Travell Hicks</u>, :
:
        Defendant(s). :

**FILED**
**JUN 1 2 2008**
Clerk, U.S. District and Bankruptcy Courts

<u>O R D E R</u>

It is this <u>12th</u> day of <u>June</u> 2008,

**ORDERED** that this case be set for:

A pretrial conference   on <u>Sept. 22, 2008</u>, at <u>2pm</u>;

Jury selection   on <u>Oct. 3, 2008</u>, at <u>9:30</u>; and

Trial   on <u>Oct. 6, 2008</u>, at <u>9:45</u>;

and it is

**FURTHER ORDERED** that in preparation for the pretrial conference, counsel review the Joint Pretrial Statement exemplar described in the court's Standing Order issued in this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED**.

                                                Ricardo M. Urbina
                                           United States District Judge

